# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150440 & (145)

JORGE FERRER and KATHLEEN FERRER,
   Plaintiffs,

v

COUNTY OF WAYNE,
   Defendant/Third-Party Plaintiff,
and

WAYNE COUNTY AIRPORT AUTHORITY,
successor in interest to WAYNE COUNTY,
   Appellee,
and

WALBRIDGE ALDINGER CO.,
   Defendant/Third-Party Defendant/
   Cross-Plaintiff-Appellee,
and

SA COMUNALE, INC.,
   Defendant/Cross-Defendant/
   Cross-Plaintiff-Appellant,
and

MAT FLEX, INC., and RAPISTAN, INC.,
   Defendants/Cross-Defendants,
and

NORTHWEST AIRLINES,
   Third-Party Defendant/Cross-
   Plaintiff-Appellee.
_____/

SC: 150440
COA: 308921
Wayne CC: 99-923846-NZ

On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs to any party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2015

Clerk